# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| FIRST CLASS TRANSPORTS, INC. F/K/A AND SUCCESSOR IN INTEREST TO FIRST CLASS TRANSPORT, INC.<br><br>     PLAINTIFF<br><br>VERSUS<br><br>CHARLES R. MYERS INSURANCE AGENCY<br><br>     DEFENDANT | CIVIL ACTION NO.<br> 1:20-CV-160-TBM-RPM<br><br>DISTRICT JUDGE:<br> TAYLOR B. McNEEL<br><br>MAGISTRATE JUDGE:<br> ROBERT P. MYERS, JR. |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Motion to Dismiss:

**IT IS ORDERED** that this lawsuit and all of the claims of Plaintiff, First Class Transports, Inc. f/k/a and Successor in Interest to First Class Transport, Inc., against Defendant, Charles R. Myers Insurance Agency, be and are **DISMISSED**, with prejudice, and with each party to pay their own costs.

Gulfport, Mississippi, this 22nd day of March, 2021.

_____
**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT COURT JUDGE**